IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-20798-CR-COOKE

UNITED STATES OF AMERICA,

        Plaintiff,

VS.

CARLOS ANTONIO ORTEGA BONILLA,

        Defendant.
_____/

**RENEWED EMERGENCY MOTION TO STAY EXTRADITION OF CARLOS ORTEGA BONILLA PENDING RESOLUTION OF THE DEFENDANT'S MOTION TO COMPEL AND REQUEST FOR A HEARING**

    Carlos Antonio Ortega Bonilla, through counsel, hereby files this Renewed Motion to Stay Extradition Pending Resolution of the Defendant's Motion to Compel, and in support thereof states:

    1.    On April 5, 2012, Mr. Ortega Bonilla filed an Emergency Motion to Stay Extradition of Carlos Ortega Bonilla Pending Resolution of the Defendant's Motion to Compel (DE:101).

    2.    Upon information and belief, counsel has learned that even in light of Mr. Ortega Bonilla's pending appeal of his extradition in Colombia, he will be extradited in approximately ten (10) days, that is around April 20, 2012. Because of the urgency of these pending motions, and the irreparable injury that Mr. Ortega Bonilla and his family will endure if he is extradited, he urges the Court to require the government to respond to his motions and to hold a hearing prior to his extradition.

    3.    The government suffers no prejudice in temporarily delaying Mr. Ortega Bonilla's extradition to allow for the Court to rule on his motions. And as previously stated, it is clearly in the

public interest to prevent an innocent man from being extradited to the United States when there is a simple means to verify whether the Colombian National Police misidentified Mr. Ortega Bonilla as a drug trafficker.

WHEREFORE, Mr. Ortega Bonilla respectfully requests the Court to grant the aforementioned motion, order the government to immediately respond to his two previously filed motions, and to set a hearing prior to his extradition to hear oral argument on the parties' submissions.

Respectfully submitted,

/s/ Marc David Seitles
_____
Marc David Seitles
Fla. Bar No. 0178284

Penthouse One
40 N.W. Third Street
Miami, Florida 33128
Telephone No. (305) 403-8070
Facsimile No. (305) 403-8210
Email: mseitles@seitleslaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2012, undersigned electronically filed the foregoing document with the Clerk of Court using CM/ECF which will serve Assistant United States Attorney Andrea Hoffman.

/s/ Marc David Seitles
_____
Marc David Seitles, Esq