UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-20798-CR-COOKE

UNITED STATES OF AMERICA

vs.

CARLOS ANTONIO ORTEGA BONILLA,

    **Defendant.**
_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice all counts of the indictment against the above named defendant.

    Respectfully submitted,

    _____ Chief, Criminal Division
    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

cc:    U.S. Attorney (Andrea G. Hoffman, AUSA)
       U.S. Marshal
       Marc David Seitles, Esq.

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: August 31, 2012    _____
                                                           MARCIA G. COOKE
                                                           UNITED STATES DISTRICT COURT JUDGE